# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:22-CR-75-GHD-RP**

**MARION SHAUN LUND, D.P.M.**                                       **DEFENDANT**

## NOTICE OF FILING

Pursuant to the Court's Order Granting Defendant's Unopposed Motion for Leave to Supplement Sentencing Memorandum [Doc. 45], Defendant provides notice that the following additional letters of support have been filed in this cause:

1. Letter from Rallet Lund;
2. Letter from Lisa Stoddard;
3. Letter from Aysha Martin; and
4. Letter from Michelle Jacobs.

RESPECTFULLY SUBMITTED, this the 17th day of May, 2023.

BY: /s/Andrew W. Coffman
Andrew W. Coffman (MSB#: 106207)
Jeffrey S. Moore (MSB#: 9004)
PHELPS DUNBAR LLP
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Post Office Box 1220
Tupelo, Mississippi 38802-1220
Telephone: 662-842-7907
Telecopier: 662-842-3873
Email: andrew.coffman@phelps.com
       jeff.moore@phelps.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this date I filed the above and foregoing document using the CM/ECF system which will send notification of same to all counsel of record.

DATED this the 17th day of May, 2023.

                                                                                      */s/Andrew W. Coffman*
                                                                                       Andrew W. Coffman