AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  MISSISSIPPI

| UNITED STATES OF AMERICA V. MARION SHAUN LUND | **EXHIBIT AND WITNESS LIST** Case Number: 3:22CR075-GHD |
|---|---|

| PRESIDING JUDGE Glen H. Davidson | PLAINTIFF'S ATTORNEY Clayton A. Dabbs, AUSA | DEFENDANT'S ATTORNEY Andrew W. Coffman |
|---|---|---|
| TRIAL DATE (S) 5/15/2023 | COURT REPORTER Phyllis McLarty | COURTROOM DEPUTY Melba Applewhite |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 5/15/2023 | X | X | PSR Sentencing Guideline Loss |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages